| FORM B1 | United States Bankruptcy Court<br>District of **W Y O M I N G** | **VOLUNTARY PETITION** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| BROWN, KODY. | BROWN, MERI |

| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax J.D. No<br>(if more than one, state all):          2744 | Last four digits of Soc. Sec. No./Complete EIN or other Tax J.D. No.<br>(if more than one, state all):          4382 |
|---|---|
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1839 LANE 12<br>POWELL, WY 82435 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1839 LANE 12<br>POWELL, WY 82435 |
| County of Residence or of the          PARK<br>Principal Place of Business: | County of Residence or of the          PARK<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| | |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

X Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately
   preceeding the date of this petition or for a longer part of such 180 days than in any other District.

O There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| X Individual(s) | O Railroad | |
| O Corporation | O Stockbroker | |
| O Partnership | O Commodity Broker | X Chapter 7      O Chapter 11    O Chapter 13 |
| O Other | O Clearing Bank | O Chapter 9      O Chapter 12 |
| | | O Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | |
|---|---|
| X Consumer/Non-Business | O Business |

**Filing Fee** (Check one box)

X Full Filing Fee attached

O Filing Fee to be paid in installments (Applicable to individuals only)
   Must attach signed application for the court's consideration
   certifying that the debtor is unable to pay fee except in installments.
   Rule 1006(b). See Official Form No.3.

O      **Chapter 11 Small Business** (Check all boxes that apply)

   Debtor is a small business as defined in 11 U.S.C. § 101

O   Debtor is and elects to be considered a small business under
   11 U.S.C § 1121(e)(Optional)

**Statistical Administrative Information** (Estimates only)

O Debtor estimates that funds will be available for distribution to unsecured creditors.

X Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
   be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|---|
| | | O | X | O | O | O | O |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| O | O | X | O | O | O | O | O |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $50,000,001 to<br>$100 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| O | O | X | O | O | O | O | O |

THIS SPACE IS FOR COURT USE ONLY

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING
05 JUN -6 PM 12: 03
BRUCE W. HERMS, CLERK
BY _____ DEPUTY CLERK

| **Voluntary Petition** | Name of Debtor(s): **BROWN** |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) , | |
|---|---|
| Location | Case Number:          Date Filed: |
| Where Filed: | |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | |
|---|---|
| Name of Debtor: | Case Number:      Date Filed: |
| District: | Relationship:      Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter and choose to proceed under

**Chapter 7**

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
**Signature of Debtor**

X _____
**Signature of Joint Debtor**

Telephone Number (If not represented by attorney)

Date      6/1/05

_____
**Signature of Attorney**

Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

LARRY B. BERRYMAN

Firm Name
ATTORNEY AT LAW

Address      P.O. BOX 853
WORLAND, WY 82401
Telephone Number (307) 347-2771
Date      6/1      2005

_____

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.
X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual
Date      2005

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10 K and IO Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter II)
O      Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title II, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date  6/1      2005

**Exhibit C**

Does the debtor own or have possession of any property that poses or is    alleged to pose a threat of imminent and identifiable harm to public health of safety?

O   Yes, and Exhibit C is attached and made a part of this petition.
O No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in II U.S.C.

§ 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
**Signature of Bankruptcy Petition Preparer**
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 USC. §11O; 18 US.C. 156

In re:  BROWN                                        Case No. _____
              Debtor(s)                                              (if known)

## SCHEDULE A REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit, If the debtor is married, state whether husband. wife, or both own the property by placing an "H," "W," 'J," or "C" in the column labeled "Husband, Wife, Joint, Or Community." If the debtor holds no interest in real property, write "None" under 'Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim, See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as

| DESCRIPTION AND LOCATION PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, | AMOUNT OF SECURED CLAIM OF WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1839 LANE 12 POWELL, WY | FEE SIMPLE | $90,200.00 | $108,000.00 |

### TOTAL $90,000.00

(Report also on Summary of Schedules.)

In re : BROWN                                          Case No._____.
        Debtor                                              (if known)

## SCHEDULE B PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an
"X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the
case name, and the number of the category. It the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in
the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed
only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, s in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions,` brokerage houses, or cooperatives. | | U.S. BANK, CODY, WY<br>ELK BASIN, FCU<br>BIG HORN FEDERAL, POWELL<br>1ST NATIONAL BANK, POWELL<br>WESSL FARGO BANK, BILLINGS, MT | | $5.00<br>$5.00<br>$5.00<br>$5.00<br>$5.00 |
| 3. Security deposits with public utilities, telephone companies, land lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | SEE  EXHIBIT  A ATTACHED HERETO | | $2,671.00 |
| 5. Books pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6. Wearing apparel | | SEE EXHIBIT B ATTACHED HERETO | | $898.00 |
| 7. Furs and Jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re: **BROWN**                                    Case No _____
Debtor                                                        (If known)

## SCHEDULE B PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing Plans. Itemize. | | RETIREMENT ACCT. | | $1,900.91 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights ,and other intellectual property. Give Particulars | X | | | |

In re   BROWN                                    Case No. _____
            Debtor                                            (If known)

## SCHEDULE B– PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | X | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 ISUZU TROOPER 1997 VW 1994 TOYOTA | | $1,500.00 $5,688.00 $2,000.00 |
| 24. Boats, motors, and accessories. | | X | | |
| 25. Aircraft and accessories. | | X | | |
| 26. Office equipment, furnishings, and supplies. | | X | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | X | | |
| 28. Inventory | | X. | | |
| 29. Animals | | 2 DOGS 2 CATS | | 0 |
| 30. Crops-growing or harvested. Give particulars. | | X | | |
| 32. Farm supplies, chemicals, and feed. | | X | | |
| 33. Other personal property of any kind not already listed. Itemize. | | X | | |

**TOTAL $14,692.91**

**3 continuation sheets attached**
**(include amounts from any continuation sheets attached.)**
**(Report total also on Summary of Schedules.)**

EXHIBIT A
HOUSEHOLD EFFECTS

| ITEM | $ VALUE | ITEM | $ VALUE |
|------|---------|------|---------|
| TABLE & CHAIRS | 150.00 | VCR | 10.00 |
| POTS & PANS | 15.00 | DISHES | 30.00 |
| SILVERWARE | 5.00 | LINENS | 40.00 |
| TELEVISIONS | 20.00 | MICROWAVE | 25.00 |
| COUCH | 15.00 | CHINA CABINET | 100.00 |
| STOVE | 100.00 | REFRIGERATOR | 100.00 |
| QUEEN BED | 20.00 | WALL HANGINGS | 100.00 |
| DRESSER | 20.00 | MIRROR | 10.00 |
| CHAIR | 2.00 | LINENS | 25.0O |
| WASHER/DRYER | 200.00 | 2 FOLDING TABLES | 20.00 |
| OFFICE DESK | 10.00 | BEAN BAG | 20.00 |
| TV STAND | 5.00 | SECRETARY | 100.00 |
| 4 LAMPS | 5.00 | CLOCKS | 4.00 |
| BOOKS & AUDO TAPES | 150.00 | CDs | 150.00 |
| DVDs | 20.00 | VIDEOS | 20.00 |
| SEWING MACHINE | 25.00 | SERGER | 25.00 |
| STEREO | 25.00 | KNICK KNACKS | 100.00 |
| PLANTS | 5.00 | 2 BAR STOOLS | 10.00 |
| CAMERA | 10.00 | COMPUTER | 10.00 |
| 2 TRUNKS | 10.00 | FABRIC | 25.00 |
| 2 TENTS | 35.00 | SLEEPING BAGS | 25.00 |
| CAMPING GEAR | 100.00 | BBQ | 15.00 |
| HOUSEHOLD TOOLS | 200.00 | HEATER | 10.00 |
| AIR COMPRESSOR | 50.00 | SAFE | 200.00 |
| EXERCISE EQUIPMENT | 10.00 | HOLIDAY DÉCOR. | 100.00 |
| SHOP TABLES | 30.00 | FREEZER | 50.00 |
| LAWN MOWER | 25.00 | TILLER | 100.00 |
| HOSE SPRINKLER | 25.00 | LUGGAGE | 50.00 |
| CRAFT SUPPLIES | 50.00 | BLDG. MATERIAL | 50.00 |

**TOTAL $2,671.00**

## EXHIBIT B
## CLOTHING

| HIS | | HERS | |
|---|---|---|---|
| ITEM | $ VALUE | ITEM | $ VALUE |
| PANTS | 15.00 | PANTS | 15.00 |
| SHIRTS | 15.00 | SHIRTS | 20.00 |
| COATS | 30.00 | 3 COAT | 18.00 |
| SHOES | 7.00 | SHOES | 25.00 |
| SUITS | 3.00 | DRESSES | 20.00 |
| UNDERWEAR | 25.00 | UNDERWEAR | 50.00 |
| WATCH & RINGS | 400.00 | WATCH & RING | 200.00 |
| HATS | 5.00 | COSTUME JEWELRY | 50.00 |
| INDIVIDUAL VALUES | $500.00 | | $398.00 |

## TOTAL VALUE $898.00

# EXHIBIT C
## PROPERTY HELD FOR THIRD PERSONS

| NAME & AGE | ITEM | $ VALUE | LOCATION |
|---|---|---|---|
| DAUGHTER 9 | BED | 10.00 | 1839 LANE 12 |
| | DRESSER | 5.00 | POWELL, WY |
| | CLOTHES | 25.00 | |
| | TOYS | 25.00 | |
| | *BIKE* | *10.00* | |
| | VANITY | 5.00 | |
| | DESK | 2.00 | |
| | BOOKS | 50.00 | |
| SON 8 | BED | 10.00 | |
| | DRESSER | 5.00 | |
| | CLOTHES | 25.00 | |
| | DESK | 2.00 | |
| SON 7 | BED | 10.00 | |
| | DRESSER | 5.00 | |
| | CLOTHES | 25.00 | |
| | TOYS | 10.00 | |
| | *DESK* | *2.00* | |
| SON 6 | CLOTHES | 25.00 | |
| | TOYS | 10.00 | |
| | DESK | 2.00 | |
| SON 3 | CLOTHES | 25.00 | |
| | TOYS | 10.00 | |
| | DESK | 2.00 | |
| SON 3 | CLOTHES | 25.00 | |
| | TOYS | 50.00 | |
| | DESK | 2.00 | |
| *DAUGHTER 1* | *CLOTHES* | *25.00* | |
| | TOYS | 10.00 | |
| | DESL | 2.00 | |

# EXHIBIT D
## TOOLS OF TRADE

| ITEM | $ VALUE | LOCATION |
|------|---------|----------|
| | | 1839 LANE 12 |
| KARAOKE | $ 15.00 | POWELL, WY |
| SOUND SYSTEM | $200.00 | |
| 2. STANDS | $ 20.00 | |
| PORTABLE STEREO | $ 15.00 | |
| MISC. SHOW PROPS. | $ 25.00 | |
| **TOTAL** | **$275.00** | |

In re:  BROWN                                        Case No.

# SCHEDULE C PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under (Check one box)

[  ]  11 U.S.C. 522(b)(1): Exemptions provided in 11 U.S.C. 3522(d). Note: These exemptions are available only in certain states

[ X ]  *11 U.S.C. 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the* debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place and the debtor's interest as a tenant by the entirety or join tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | CURRENT MARKET VALUE OF PROPERTY | VALUE OF CLAIMED PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Home | W.S. 1-20-101 | $20,000.00 | $90,000.00 |
| 1997VW | W.S. 106(a) (iv) | $2,400.00 | $5,688.00 |
| 1994 TOYOTA | | $2,400.00 | $2,000.00 |
| Household goods and furnishings, | W.S. 1-20-206 (a) (iii) etc. - See Attachment A | $2,000.00@ | $2,671.00 |
| Misc. women's wearing apparel - | W.S. 1-20-105 See Attachment B | $1,000.00 | $ 398.00 |
| Misc. men's wearing apparel | W.S. 1-20-105 See Attachment B | $1,000.00 | $ 500.00 |
| Tool of one's Trade | W.S. 1-20-106(b) | $2,000.00 | $275.00 |
| Retirement/Pension  (husband) | W.S. 1-20-110 | $1,900.91 | $1,900.91 |

In re : BROWN                          Case No. _____
    Debtor                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled 'Codebtor,' include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community.'

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled 'Unliquidated.' If the claim is disputed, place an "X' in the column labeled "Disputed." (You may need to place an' X' in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[ X ] Check this box  if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | [C] [O] [D] [E] [B] [T] [O] [R] | [H] [W] [J] [C] | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | [C] [U] [D] | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| Account No: 0000015067 WCDA P.O. BOX 10100 CASPER, WY 82602 | | J | IST MORTGAGE HOME VALUE $90,000.00 | | $105,181.87 | |
| Account No: 67510016-0202028 CITI FINANCIAL 804 COFFEEN AVE. SHERIDAN, WY 82801-5318 | | J | 2ND MORTGAGE HOME VALUE $90,000.00 | | $31,796.89 | |
| Account No: WALLY STREETER 3820 HICKOK BILLINGS, MT 59106 | | J | CAR LOAN VW VALUE $5,688.00 | | $5,688.00 | |
| Account No: 688 BIG VALLEY C.U 247 W. 12300 S. STE C DRAPER, UT 84020-9509 | | J | CAR LOAN, TOYOTA ISUZU VALUE $3,594.00 | | $1,594.00 | |

____0___ continuation sheets attached

(Subtotal of this page) **$144,260.76**
Total (Use only on last page) **$144,260.76**

In re:  **BROWN**                                                    **Case No**.:
　　　Debtor

## SCHEDULE E CREDITORS HOLDING UNSECURED PRIOTITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured clams entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, d any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H"," W,' 'J,' or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, Place an "X" in the column labeled Contingent.  If the claim is unliquidated, place an 'X' in the column labeled "Unliquidated." If the claim is disputed, place an 'X" in the column labeled 'Disputed". (You may need to place an "X" in more than one of the three columns.)

Report the total of claims listed on each sheet in the box labeled subtotal on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled 'Total' on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

**[ X  ] CHECK THIS BOX IF DEBTOR HAS NO CREDITORS HOLDING UNSECURED PRIORITY CLAIMS TO REPORT ON THIS SCHEDULE E**

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(s) below if claims in that category are listed on the attached sheets)

### [ ] Extensions of credit In an involuntary case
Claims arising in the ordinary course of the debtors business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.. 11 U.S.C. § 507(a)(2).

### [ ] Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance and sick leave pay owing to employees, up to a maximum of $2000 per employee, within 90 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. § 507(a)(3).

### [ ] Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered with 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

### [ ] Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in  11 U.S.C. § 507(a)(5).

### [ ] Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for ft purchase, lease, or rental of property or services for personal, family, or household use, *that were not delivered or provided. 11 U.S.C. § 507(a)(6).*

### [ ] Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governments] units as set forth in 11 U.S.C. § 507(a)(7).

___0____  continuation sheets attached

In re:  **BROWN**                                                    Case  No.:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address including: zip code and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled 'Codebtor.' Include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors.  If a joint petition is filed, state whether husband (H). wife (W), both of them, or the marital community may be liable by placing an H, W, J' or C in the appropriate column.

If the claim is contingent ' place an 'X' in the appropriate column.  If the claim is unliquidated place a 'U' in the appropriate column.  If the claim is disputed place 'D' in the column.  (You may need to place more than one letter in this column.)

Report total of all claims listed on this schedule in the box labeled 'Total' on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

[  ] Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | Codebtor | HWJC | DATE CLAIM WAS INCURRED CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|
| Account No.: 444621<br>DEACONESS BILLINGS CLINIC<br>P.O. BOX 35100<br>BILLINGS, MT 59107-5100 | | J | MEDICAL CARE | U | $1,179.50 |
| Account No: 67430954-0179921<br>CORPORATE RECEIVABLES<br>P.O. BOX 32995<br>PHOENIX, AZ 85064-2995 | | J | COLLECTION AGENT<br><br>CITIFINANCIAL | U | $ |
| Account No: 67430954-0179921 &<br>CITIFINANCIAL<br>P.O. BOX 17127<br>BALTIMORE, MD 21297-1127 | | J | CONSUMER PURCHASES<br>LAST USED 1/4/02<br>107430954-1213 | U | $6992,71<br><br>$3,810.20 |
| Account No : 60325900 5228 1291<br>CITIFINANCIAL RETAIL SERVICES<br>P.O. BOX 22060<br>TEMPE, AZ 85064-2995 | | J. | CONSUMER PURCHASES<br><br>LAST USED 4/02 | U | $6,824.37 |

_____7_____ continuation sheets attached

(Report total also on summary of Schedule)

Subtotal **$18,806.78**

Total **$**

In re; **BROWN**                                                                Case No.: _____

## SCHEDULE F-CREDITORS HOLDING UNSECURED
## NONPRIORTY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | [c] [o] [d] [e] [b] [t] | [H ] [W] [ J ] [C ] | DATE CLAIM WAS INCURRED CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|
| Account No: 6032590053152764 CITIFINANCE P.O. BOX 221309 CHARLOTTE, NC 28222 | J | | ADDITIONAL CITI FINANCE OFFICE SEEKING COLLECTION ON SAME ACCOUNTS | U | $3,810.20 |
| Account No.: F5698203 NORTHLAND GROUP P.O. BOX 390905 EDINA, MN 55439 | J | | CONSUMER PURCHASES | U | $314.44 |
| Account No: 6011661303775970 CATHERINE'S P.O. BOX 8181 GRAY, TN 7615-8181 | | J | CONSUMER PURCHASES LAST PURCHAE 7/31/03 | U | $263.51 |
| Account No: 5178052319181182 OSI COLLECTION SERVICES P.O. BOX 550720 JACKSONVILLE, FL 32255-0720 | | J | COLLECTION AGENT | U | $1336.62 |
| Account No: 5178052319181182 CAPITAL ONE BANK P.O. BOX 60000 SEATTLE, WA 98190-6000 | | J | CONSUMER PURCHASES LAST USED 9/18/03 | U | $1,130.15 |
| Account No: 5178052319181182 RMA 7324 SW FREEWAY, STE 1200 HOUSTON, TX 77074 | | J | COLLECTION AGENT CAPITAL ONE BANK | U | $ |
| Account No. 0053051113354 SEARS P.O. BOX 6563 THE LAKES, NV 88901-6563 | | J | CONSUMER PURCHASES LAST USED 11/29/00 | U | $2,756.70 |

Sheet No .2 of __8__ sheets attached to Schedule of Creditors Holding Unsecured Non Priority Claims

Subtotal $9,611.62

(Report total also on summary of Schedule)      **TOTAL**

In re: BROWN                                                Case No.:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | [c] [o] [d] [e] [b] [t] | [H] [W] [J] [C] | DATE CLAIM WAS INCURRED CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Account No: 0053051113354<br>CITICARDS<br>P.O. BOX 182532<br>COLUMBUS, OH 43218-2532 | | J | COLLECTION OF<br>VARIOUS CITI CARD ACCOUNTS | | |
| Account No.: F5523651<br>NORTHLAND GROUP<br>P.O. BOX 390905<br>EDINA, MN 55439 | | J | COLLECTION AGENT | | $2,756.70 |
| Account No: 5458004514080751<br>DIRECT MERCHANT'S BANK<br>P.O. BOX 21550<br>TULSA, OK 74121-1550 | | | CONSUMER PURCHASES<br>LAST USED 10/29/03 | U | $5,849.96 |
| Account No: 6035320087437313<br>HOME DEPOT<br>P.O. BOX 6028<br>THE LAKES, NV 88901-6028 | | | CONSUMER PURCHASES<br>LAST USED 12/02 | U | $4,338.98 |
| Account No.: 6035320087437313<br>HOME DEPOT CREDIT SERVICE<br>P.O. BOX 9057<br>GRAY, TN 37615-9057 | | | COLLECTION AGENT | U | $3,863.24 |
| Account No: 3133658<br>ALLIANCE ONE<br>4797 RUFFNER<br>SAN DIEGO, CA 92111 | | | COLLECTION AGENT<br>HOME DEPOT | U | $ |
| Account No.: 7575000848152815<br>DILLARDS<br>P.O. BOX 29445<br>PHOENIX, AZ 85038-9445 | J | | CONSUMER PURCHASES<br>LAST USED 9/4/03 | U | 456.28 |

Sheet No. 3 of __8__ sheets attached to Schedule of Creditors Holding Unsecured Non Priority Claims

Subtotal $17,265.16

(Report total also on summary of Schedule)          TOTAL   $

In re: BROWN                                              Case No.:

## SCHEDULE F CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | [c] [o] [d] [e] [b] [t] | [H] [W] [J] [C] | DATE CLAIM WAS INCURRED CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Account No: 7575000848152815 DILLARD NATIONAL BANK 396 N. WILLIAM DILLARD DR. GILBERT, AZ 85233 | J | | CONSUMER PURCHASES LAST USED 2003 | U | $395.92 |
| Account No.: 5544562010975713 BANK ONE P.O. BOX 5219515548 WILMINGTON, DE 19886-5548 | J | | CONSUMER PURCHASES | U | $2,442.00 |
| Account No: 3859454 BONDED COLLECTION 29 E. MADISON, STE 1650 CHICAGO, IL 60602-4427 | J | | COLLECTION AGENT BANK ONE | U | |
| Account No: 7001191112030029 BEST BUY P.O. BOX 15521 WILMINGTON, DE. 19850-5521 | J | | CONSUMER PURCHASES LAST USED 1/21/02 | U | $1,328.03 |
| Account No: BASS & ASSOCIATES 3926 E. FORT LOWELL ROAD, STE 200 TUCSON, AZ 85712-1083 | J | | COLLECTION AGENT BEST BUY | U | $ |
| Account No: 000700191112030029 HOUSEHOLD BANK P.O. BOX 15521 WILMINGTON, DE 19850-5521 | | J | COLLECTION AGENT | U | $ |
| Account No. 4791242281303365 RISK MANAGEMENT ALTERNATIVES 88 GRIER DRIVE LAS VEGAS, NV 89119 | | J | COLLECTION AGENT | U | $715.75 |

Sheet No.4 of __8__ sheets attached to Schedule of Creditors Holding Unsecured Non Priority Claims

Subtotal $4,881.70

(Report total also on summary of Schedules)                    TOTAL $ _____

In re: **BROWN**                                           Case No.:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | [c] [o] [d] [e] [b] [t] | [H] [W] [J] [C] | DATE CLAIM WAS INCURRED CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Account No: 4791242281303365 ALEGIS GROUP LTD 9700 BISSONNET, STE 2000 HOUSTON, TX 77036 | | J | COLLECTION AGENT | U | $912.29 |
| Account No.: 87374370045002 LOWES P.O. BOX 10598 DEPT. 79 ATLANTA, GA 30353-5980 | | J | CONSUMER PURCHASE | U | $1,566.68 |
| Account No: C87374370045002 MONOGRAM CREDIT CARD P.O. BOX 103080 ROSWELL, GA 30076 | | J | COLLECTION AGENT LOWES | U | $- |
| Account No: 87374370045002 ENCORE P.O. BOX 3330 OLATHE, KS 66063-3330 | | J | COLLECTION AGENT LOWES | U | $1,539.88 |
| Account No 60110009970587239 DISCOVER P.O. BOX 3008 NEW ALBANY, OOH 43054-3008 | | J | CONSUMER PURCHASES LAST USED 9/5/02 | U | $3,298.73 |
| Account No: 4791242281303365 CAPITOL ONE 1957 WESTMORELAND ROAD RICHMOND, VA 23276-5617 | | J | CONSUMER PURCHASE LAST USED 8/19/03 | U | $715.75 |

Sheet No.5 of __8___ sheets attached to Schedule of Creditors Holding Unsecured Non Priority Claims

(Report total also on summary of Schedule)

Subtotal $<u>8033.33</u>

**TOTAL**

In re: **BROWN**                                                    Case No.:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | [c] [o] [d] [e] [b] [t] | [H ] [W] [ J ] [C ] | DATE CLAIM WAS INCURRED CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Account No: 4254492200511929 PROVIDIAN P.O. BOX 660548 DALLAS, TX 75266-0548 | | J | CONSUMER PURCHASE LAST USED 10/03 | U | $4,216.50 |
| Account No.: NES 29125 SOLON ROAD SOLON, OH 44139 | | J | COLLECTION AGENT PROVIDIAN | U | $ |
| Account No: 512081659 CELLULAR ONE P.O. BOX 79128 PHOENIX, AZ 85062-9128 | | J | PHONE SERVICE | U | $450.76 |
| Account No: PROGRESSIVE FINANCIAL P.O. BOX 22083 TEMPE, AZ 85285 | | J | COLLECTION AGENT CELLULAR ONE | U | $ |
| Account No: 8618729 ER SOLUTIONS P.O. BOX 9004 RENTON, WA 98057-9004 | | J | COLLECTION AGENT CELLULAR ONE | U | $ |
| Account No: 735567 NCC BUSINESS SERVICES 3733 UNIVERSITY BLVD. W. STE 300 JACKSONVILLE, FL 32217 | | J | COLLECTION AGENT DILLARDS | U | $ |

Sheet No.6 of __8___ sheets attached to Schedule of Creditors Holding Unsecured Non Priority Claims

Subtotal $4,667.26

(Report total also on summary of Schedule)                        **TOTAL**

In re: **BROWN**                                                    Case No.:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | [c] [o] [d] [e] [b] [t] | [H] [W] [J] [C] | DATE CLAIM WAS INCURRED CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Account No: GE2 C87374370000189 <br> LTD FINANCIAL SERVICES <br> 7322 SOUTHWEST FREEWAY, STE 1600 <br> HOUSTON, TX 77-74 | | J | COLLECTION AGENT <br> LOWES | U | $ |
| Account No.: 797430000189 <br> NCO FINANCIAL SYSTEMS <br> P.O. BOX 2617 <br> GUASTI, CA 92743 | | J | COLLECTION AGENT <br> LOWES | U | $ |
| Account No: 700191112030029 <br> ARROW FINANCE <br> 5995 W. TOUHY AVE. <br> NILES, IL 60714 | | J | COLLECTION AGENT <br> HOUSEHOLD BANK | U | $1,379.83 |
| Account No: 127911810406001539 <br> DAVIS LAW ASSOCIATES. <br> 5050 PALO VERDE ST., STE 113 <br> MONTCLAIR, CA 91763 | | J | COLLECTION AGENT | U | $5,907.44 |
| Account No: 87374370000189 <br> NCO FINANCIAL SYSTEMS <br> 507 PRUDENTIAL ROAD <br> HORSHAM, PA 19044 | | J | COLLECTION AGENT <br><br> LOWES | U | $ |
| Account No: 147490061172 <br> U.S. BANK <br> P.O. BOX 1800 <br> ST. PAUL, MN 55101-0800 | | J | OVERDRAFT PROTECTION | U | $1,500.00 |

Sheet No. 7 of __8___ sheets attached to Schedule of Creditors Holding Unsecured Non Priority Claims

(Report total also on summary of Schedule)

Subtotal $8,787.27

**TOTAL**

In re: **BROWN**                                                                Case No.:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | [c] [o] [d] [e] [b] [t] | [H ] [W] [ J ] [C ] | DATE CLAIM WAS INCURRED CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Account No: 09540171213 & PORTFOLIO RECOVERY P.O. BOX 12913 NORFOLK, VA 23531 | | J | COLLECTION AGENT 09540179921 CARPET ONE/ CITIFINANCIAL | U | $3,810.20 $6,992.71 |
| Account No.: VQ9491 ALLIANCE ONE 1160 CENTRE POINTE DR., STE 1 MENDOTA HEIGHTS, MN 55120 | | J | COLLECTION AGENT SEARS | U | $2,756.70 |
| Account No: | | | | | |
| Account No: | | | | | |
| Account No: | | | | | |
| Account No: | | | | | |

Sheet No. 8 of __8___ sheets attached to Schedule of Creditors Holding Unsecured Non Priority Claims

*(Report total also on summary of Schedule)*

Subtotal $13,559.61

**TOTAL  $85,612.73**

In re:  BROWN                                                      Case No.
       Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.
Include any timeshare interests.
    State nature of debtor's interest in contract; i.e., "Purchaser," "Agent," etc.  State whether debtor is the
lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

    NOTE:     A party listed on this schedule will not receive notice of the filing of this case unless the
party is also scheduled in the appropriate schedule of creditors.

[ **X** ] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re:  BROWN                    Case No.
       Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the
commencement of this case.        .

[  ] **CHECK HERE IF DEBTOR HAS NOT CO DEBTORS**

| **NAME AND ADDRESS OF CODEBTOR** | **NAME AND ADDRESS OF CREDITOR** |
|---|---|
| CHRISTINE BROWN<br>1839 LANE 12<br>POWELL, WY 82435 | BIG VALLEY CREDIT UNION<br>247 W 12300S. STE C<br>DRAPER, UT 84020-9509 |

In re : BROWN
    Debtors

Case No _____
(If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled 'Spouse' must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.

Debtor's Marital Status:  Married and living together [ X ]   Married and Not living together [   ]   Single [   ]

### EMPLOYMENT:

| DEBTOR | SPOUSE: |
|---|---|
| Occupation  : SALESMAN | Occupation : ENGRAVER |
| Name of Employer: SIGN PRODUCTS | Name of Employer:  MARQUIS AWARDS |
| How long employed; 5 YEARS | How long employed :  9 YEARS |
| Address of Employer:  BILLINGS, MT | Address of Employer:  POWELL, WY |

### DEPENDENTS OF DEBTOR : 3 DAUGHTERS 4 SONS AGES 1-9

| | DEBTOR | SPOUSE |
|---|---|---|
| **Income**: (Estimate of average monthly income | | |
| Current monthly gross wages, salary, and commissions | 4,000.00 | 625.00 |
| Estimated monthly overtime | .0 | .0 |
| **SUBTOTAL** | 4000.00 | 625.00 |
| **LESS PAYROLL DEDUCTIONS** | | |
| a.   Payroll taxes  and social security | 300.00 | 48.84 |
| b.   Insurance | .0 | .0 |
| c.   Union dues | .0 | .0 |
| d.   Other (specify)  RETIREMENT | .0 | .0 |
| **SUBTOTAL OF PAYROLL DEDUCTION** | 300.00 | 47.84 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | **3,700.00** | **577.50** |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | 248.00 | 288.00 |
| Income from real property | .0 | .0 |
| Interest and dividends | .0 | .0 |
| *Alimony, maintenance or support payments payable to the* | | |
| debtor for the debtor's use or that of dependents listed above | .0 | .0 |
| Social security or other government assistance (specify ) | .0 | .0 |
| Pension or Retirement | .0 | .0 |
| Other monthly income (specify) | .0 | .0 |
| **TOTAL MONTHLY INCOME** . | $3,948.00 | 865.50 |
| **TOTAL COMBINED MONTHLY INCOME** . | **$4,813.50** | |

(Report also on Summary of Schedules)

In re:  BROWN                                              Case No._____
       Debtor                                             (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

   { } Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete and label a separate schedule of expenditures.

Rent or home mortgage payment (include lot rented for mobile home............................................................................1,243.00
Are real estate taxes included?       Yes_____      No___X
Is property insurance included?       Yes_____      No___X

*Utilities: Electricity and Heating Fuel*................................................................................................125.00
Water and sewer........................................................................................................................ .0
Telephone...............................................................................................................................68.00
Other.....Misc.Expenses.............CABLE...CELLPHONE...............................................................140.00
Home Maintenance (repairs and  upkeep)..................................................................................100.00
Food......................................................................................................................................300.00
Clothing...................................................................................................................................50.00
Laundry and dry cleaning............................................................................................................ 25.00
Medical and dental  expenses.....................................................................................................100.00
Transportation (not including car Payments].............................................................................200.00
Recreation, clubs and entertainment, newspapers, magazines etc.................................................. 30.00
Charitable.contributions.............................................................................................................325.00
Insurance (not deducted from wages or included in home mortgage payments)
        Homeowner's or  renters............................................................................................ 0
        Life......................................................................................................................58.00
        Health.................................................................................................................... .0
        Auto...................................................................................................................270.00
        Other...................................................................................................................... 0
Taxes (not deducted from wages or included in home mortgage payments).......................................6.00
Installment payments (In chapter 12 & 13 cases. do not list payments to be included in the plan)
        Auto........................................................................................................................0
        Other..................TAXES..............................................................................................0
        Other..... ..........CREDIT CARDS.....................................................................1,200.00
        Alimony, maintenance and support paid to others..............................................................0
Payments for support of additional dependents not living at your home..............................................0
Regular expenses from operation of business, profession, or farm (attach detailed statement).............846.00

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules)..............................$6,101.00

# United States Bankruptcy Court
## DISTRICT OF WYOMING

In re: BROWN                                    Case No. _____
Debtor                                              (if known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedule A and B to determine the total amount of the debtors assets. Add the amounts from Schedules D, E, an F to determine the total amount of the debtors liabilities **AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $90,200.00 | | |
| B - Personal Property | YES | 6 | $14,692.91 | | |
| C – Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $144,260.76 | |
| E - Creditors Holding Unsecured Priorty Claims | YES | 1 | | $0 | |
| F- Creditors Holding Unsecured Non-Priority Claims | YES | 8 | | $85,612.73 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | $4,813.50 | |
| J. -Current Expenditures of all Debtor(s) | YES | 1 | | $6,101.00 | |
| **Total Number of Sheets of ALL Schedules** | | 22 | | | |
| **Total Assets** | | | $104,892.91 | | |
| **Total Liabilities** | | | | $229,873.49 | |

In re: BROWN                                          Case No.
                    Debtor                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 23 sheets and that they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1)

Date_____6/1_____2005          Signature:_____
                                                              Debtor

Date_____6/1_____2005          Signature:_____
                                                        (Joint Debtor, if any)
                                          (if Joint case, both spouses must sign.)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I Certify that I am a bankruptcy petition preparer as defined in II U.S.C. § 110, that I prepared this documentation compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

It more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _____          _____
Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110, 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____[the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.  (Total shown on summary page plus 1.)

Date_____          Signature:_____
                                                    (Print or type name of individual signing on behalf of debtor.)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.] .......

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 & 3571

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

In re:   BROWN                                    Case No. _____
Debtor                                                   (If known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C.§ 101 (30).

## 1 . Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| YEAR | SOURCE |
|------|--------|
| 2004   $55,722.00 | WAGES |
| 2003   $41,344.50 | WAGES |

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each

spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                           SOURCE

**NONE**

### 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DATES OF NAMES AND ADDRESS OF CREDITOR PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|

**NONE**

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**NONE**

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND COURT OR AGENCY AND LOCATION | NATURE OF PROCEEDING | CASE NUMBER STATUS OR DISPOSITION |
|---|---|---|

***NONE***

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include *information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated* and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**NONE**

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a

joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | DATE OF REPOSSESSION, FORECLOSURE | DESCRIPTION AND VALUE |
| OF CREDITOR OR SELLER | SALE. TRANSFER OR RETURN | OF PROPERTY |

**NONE**

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |

**NONE**

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | NAME AND LOCATION OF COURT | DATE OF ORDER | DESCRIPTION AND |
| OF CUSTODIAN | CASE TITLE & NUMBER | | VALUE OF PROPERTY |

**NONE**

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |

**NONE**

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY | GIVE PARTICULARS | DATE OF LOSS |

INSURANCE,

**NONE**

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| LARRY BERRYMAN | MAY 2005 | | $776 + $209 filing fee |

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is file, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, | RELATIONSHIP TO DEBTOR AND VALUE RECEIVED | DESCRIBE PROPERTY TRANSFERRED | DATE |
|---|---|---|---|

**NONE**

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND | AMOUNT AND DATE OF SALE OR CLOSING | AMOUNT OF FINAL BALANCE |
|---|---|---|---|

**NOT APPLICABLE**

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER IF ANY |
|---|---|---|---|

NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

NONE

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**SEE EXHIBIT "C" ATTACHED HERETO**

## 15. Prior address of debtor

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska. Arizona. California. Idaho. Louisiana. Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within the six-year period immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NONE

## 17. Environmental Information

For the purposes of this question. the following definitions apply:

"Environmental Law" means any federal. state or local statute or regulation regulating pollution. contamination. releases of hazardous or toxic substances. wastes or material into the air. land soil. surface water. ground water. or other medium including but not limited to statutes or regulations regulating the cleanup of the substances. wastes. or material.

"SITE" means any location, facility or property as defined under any Environmental La. whether or not presently *or* formerly owned or operated by the debtor including but not limited to disposal sites.

"Hazardous Material" means anything deemed as a hazardous waste. hazardous substance. toxic substance. hazardous material. pollutant. or contaminant or similar term under an Environment Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit. the date of the notice and if known the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS | DATE OF NOTICE | ENVIRONMENTAL |
|---|---|---|---|
| OF GOVERNMENTAL UNIT | | | LAW |

**NOT APPLICABLE**

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent an the date of the notice.

**NOT APPLICABLE**

## 18. Nature, location and name of business.

a. For individuals. list the names and addresses of all businesses in which the debtor was an officer. director partner. or was an officer. director partner. or managing executive of a corporation. partnership. sole: proprietorship. or was a "self- employed professional within the two years immediately preceding to commencement of this case. or in which the debtor owned 5 percent or MOM of the voting or equity securities within the two years immediately preceding the commencement of this case.

**NOT APPLICABLE**

b. If the debtor is a partnership. list the names and addresses of all businesses in which the debtor was a partner or owner 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

**NOT APPLICABLE**

c. If the debtor is a corporation. list the names and addresses of all businesses in which the debtor was a partner or owner 5 percent or more of the voting securities. within the two years immediately preceding the commencement of this case.

**NOT APPLICABLE**

## 19. Books. Records, and Financial Statements.

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NOT APPLICABLE**

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books and account and records. or prepared a financial statement of the debtor

**NOT APPLICABLE**

c. List all firms or individual who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available explain.

NAME                                        ADDRESS

**NOT APPLICABLE**

d. List all financial institutions. creditors and other parties. including mercantile and trade agencies. to whom a financial statement was issued with the two years immediately preceding the commencement of this case by the debtor

NAME AND ADDRESS                            DATE  ISSUED

**NOT APPLICABLE**

### 20. Inventories.

a. List the dates of the last two inventories taken of your property. the name of the person who supervised the taking of each inventory. and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLARAMOUNTOF INVENTORY
                                                         (Specify cost. market or other basis)

**NOT APPLICABLE**

b. List the name and address of the person having possession of the records of each of the two inventories reported in a. above.

DATE OF INVENTORY          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**NOT APPLICABLE**

### 21. Current Partners. Officers. Directors and Shareholders

a. If the debtor is a partnership. list the nature and percentage of partnership interest of each member of the :

NAME AND ADDRESS  NATURE OF INTEREST          PERCENTAGE OF INTEREST

**NOT APPLICABLE**

b. If the Debtor is a corporation. list all officers and directors of the Corporation. and each who directly or indirectly own controls, or holds 5 percent or more of the voting securities of the corporation.

NAME AND ADDRESS                  TITLE                  NATURE AND PERCENTAGE
                                                         OF STOCK OWNERSHIP
**NOT APPLICABLE**

### 22. Former partners, officers, directors and shareholders

a. If the debtors a partnership. list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                    ADDRESS                  DATE OF WITHDRAWAL

**NOT APPLICABLE**

b. If the debtor is a corporation. list all officers. or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                DATE OF TERMINATION

**NOT APPLICABLE**

## 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation. list all withdrawals or distribution." credited or given to an insider. including compensation in any form, bonus. loans. stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT       RELATIONSHIP TO DEBTOR       DATE AND PURPOSE OF
                                                                WITHDRAWAL

**NOT APPLICABLE**

NAME OF PENSION FUND       TAXPAYER IDENTIFICATION       AMOUNT OF MONEY OR DESCRIPTION
                                                          AND VALUE OF PROPERTY

**NOT APPLICABLE**

## 24  Tax Consolidation Group

If the debtor is a corporation. list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER

**NOT APPLICABLE**

## 25. Pension Funds

If the debtor is not an individual. list the name and federal taxpayer identification number of any pension fund to which the debtor", as an employer  has been responsible for contributing at any time with the six-year period  immediately preceding the commencement of the case

**NOT APPLICABLE**

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: _____ 6/1 _____, 2005          _____
                                                                    Debtor

Date: _____ 6/1 _____, 2005          _____
                                                                    Joint Debt (if any)

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I Certify that I am a bankruptcy petition preparer as defined in 11 D.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____          _____
Printed or Typed Name of Bankruptcy          Social Security No.          Address
Petition Preparer

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

It more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition perjurer's failure to comply with the provisions of the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 D.S.C.§11O, 1 8 D.S C. § 156.

---

[If completed on behalf of a partnership or corporation]

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Signature: _____          _____
                 Print Name and Title                                     Date

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

<u>0</u>    continuation sheets attached

Penalty for making a false statement. Fine of up to $5,000.00 or imprisonment for up to 5years, or both. 18 D.S.C. §152& 3571

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 riling fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such
debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or
personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or party of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

_____ 6/1 _____ , 2005
Date

Signature of Debtor(s)

_____
Case Number

# UNITED STATES BANKRUPTCY COURT
## District of Wyoming

In re: BROWN                                   No. _____

Debtor                                                  Chapter Seven

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts.

a.  Property to be Surrendered.

Description of Property                              Creditor's name

b. Property to Be Retained                          [Check any applicable statement]

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 722 | Debt will be reaffirmed pursuant to 524(c) |
|---|---|---|---|---|
| HOME | WCDA, CITI FINANCIAL | | | X |
| CLOTHING | | X | | |
| HOUSEHOLD EFFECTS | | X | | |
| 1987 VW | WALLY STEETER | | | X |
| 1994 TOYOTA | BIG VALLEY CU | | | X |
| RETIRMENT ACCT. | | X | | |

Date: ___6/1___ 2005              _____
                                  Signature of Debtor(s)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 1 1 U.S.C. §l 1 0, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer              Social Security Number

_____

_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X_____              _____
Signature of Bankruptcy Petition Preparer              Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 1 1 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110,- 18 U.S.C. § 156.

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF WYOMING

CASE No._____

IN RE:                          ]
                                ]
KODY BROWN                      ]
                                ]
                 2744           ]
MERI BROWN                      ]
                 4382           ]
                                ]
Debtor(s)                       ]

## CERTIFICATE OF SERVICE

I hereby certify that I served the Trustee and below listed creditors with the Individual Debtor's Statement of Intention, Under Chapter 7 of the Bankruptcy Code, by depositing true and accurate copies thereof in the U.S. mail, postage prepaid, on the _1st_ day of _June_, 2005 addressed as follows:

RANDY ROYAL                     WCDA
P.O. BOX 551                    P.O. BOX 10100
GREYBULL, WY 82426              CASPER, WY 82602

CITI FINANCIAL                  WALLY STREETER
804 COFFEEN AVE.                3820 HICKOK
SHERIDAN, WY 82801-5318         BILLINGS, MT 59106

BIG VALLEY C.U.
247 W. 12300 S. STE. C
DRAPER, UT 84020-9509

DATED this _1st_, day of _June_, 2005

_____
LARRY B. BERRYMAN
Attorney for Debtor(s)
P.O. Box 853
Worland, WY 82426
(307) 347-2771

Name:    LARRY B. BERRYMAN
Address:    P.O. Box 853
    WORLAND, Wyoming 82401
Telephone:   (307) 347-2771
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

In Re:  **KODY BROWN**                    ]
        **MERI BROWN**                    ]
                                          ]
Set forth here all names including married, maiden, and trade    ]
names used by debtor within last 6 years        ]        Case No. _____
                    Debtors                ]
                                          ]        Chapter 7
Address:  1839 LANE 12                    ]
          POWELL, WY 82435                ]
                                          ]
Social Security No(s). 2744 & 4382        ]
Employer's Tax Identification Nos. [if any]    ]

### STATEMENT OF ATTORNEY FOR PETITIONER PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Rule 2016 (b), Bankruptcy Rules, states that:

(1)   The undersigned, is the attorney for the debtor(s) in this case.
(2)   The compensation paid or agreed to be paid by the debtor(s) in this case.
        (a) for legal services rendered or to be rendered in contemplation of and in connection with this case ................. $776.00
        (b) prior to filing this statement, debtor(s) have paid ...................................................................... $776.00
        (c) the unpaid balance due and payable ...................................... " ................................................................ 0
(3)   $209.00 of the filing fee in this case has been paid.
(4)   The services rendered or to be rendered include the following:
        (a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition
        under Title 11, United States Code.
        (b)  Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other
        documents required by the Court.
        (c)  Representation of the debtor(s) at the first meeting of creditors, confirmation hearing. Relief from Stay, and compliance with
        General Order No.1.
        (d) Attorney may seek supplemental fees for Relief from Stay hearings;
(5)   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation
        for services performed, and if a fee is paid by transfer of property or if security is taken, give details here and
        in appropriate Section of Schedules or Statement of Affairs.
(6)   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining. if any,
        will be from earnings, wages and compensation for services performed, and
(7)   The undersigned have not shared or agreed to share, with any other person, other than with members of their
        law firm or corporation, any compensation paid or to be paid except as follows:

Dated: _____6/1_____, 2005                Attorney: _____

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

In re:                          ]
KODY  BROWN                     ]
                                ]
Social Security No. 2744        ]
                                ]        Case No. _____
MERI  BROWN                     ]
                                ]
Social Security No. 4382        ]
                                ]
        Debtor(s).              ]

## VERIFICATION OF MATRIX

We the above named debtor(s) do believe that the enclosed mailing matrix is true and
correct to the best of our knowledge

_____          _____ 6/1 _____. 2005
Debtor                                    Date

_____          _____ 6/1 _____, 2005
Debtor                                    Date